ACCEPTED
01-14-01030-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:48:07 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01030-CV

IN THE
FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:48:07 PM
CHRISTOPHER A. PRINE
Clerk

**TARRIS WOODS**
**-**_Appellant-_

Versus

**SANDRA T. KENNER AND CHARLES E. TWYMON, JR.**
_-Appellee-_

On Appeal from the
Probate Court of Galveston County
Trial Court Case No. PR-0075144
Hon. Kimberly Sullivan, Presiding

**APPELLANT'S COUNTER-RESPONSE TO APPELLEE'S OBJECTIONS
AND RESPONSE TO THE MOTION FOR TEMPORARY ORDER
STAYING ENFORCEMENT OF THE JUDGMENT**

Douglas T. Godinich
Attorney at Law
SBN: 24007244
2727 Broadway
Galveston, Texas 77550
(409) 763-2454 (telephone)
(409) 736-4309 (facsimile)
Attorney for Appellant
**Tarris Woods**

1

**TO THE HONORABE JUSTICES OF SAID COURT:**

NOW COME Appellant Tarris Woods and files this counter-response to appellee's objection and response to the motion for temporary order staying enforcement of the judgment, and appellant would respectfully show the Court as follows:

## I.

Appellee assert that the lawsuit against appellant is to recover damages arising from appellant withholding possession of the alleged "jointly owned property."

Appellant is asking this Court to issue a temporary order as provided for under Tex.R.App.P.24.4(c).

## II.

An independent executor has authority, without an order of the probate court, to do any act which any ordinary executor or administrator may do under such an order. *Dallas Servs. for Visually Impaired Children, Inc. v. Broadmoor II*, 635 S.W.2d 572, 576 (Tex. App. 1982), writ refused NRE (Sept. 15, 1982)

2

The Order granting letters of administration granted Charles E. Twymon, Jr. and Robin J. Twmon as independent co-administrators of the estate of Charles E. Twymon, Sr., and these two independent co-administrators executed a Warranty Deed to the appellant for the property located at 3112 Winnie, Galveston, Texas 77550.

**III.**

Appellant, should be protected against any attack on his title by the appellee based on her claim of invalidity of the acts of the executors on which his title is based. *Id*. at 577.

This Court should protect Appellant, as an innocent purchaser, from any claim that the authority of Charles E. Twymon, Jr. and Robin J. Twmon as independent co-administrators to sell the property was not exercised in accordance with their authority under the will or under the law. *Id*.at 577.

For the reasons stated in this motion, the Appellant ask the Court for a Temporary Order Staying the Enforcement of the Judgment in the underlying

3

proceeding to maintain the status quo, to preserve the Appellants rights, and preserve the Court's jurisdiction to consider the merits of the supersedes motion and also the merits of the Appellant's appeal.

Respectfully submitted,

\_\_/S/\_Douglas T. Godinich \_
Douglas T. Godinich
Texas Bar No 24007244
2727 Broadway
Galveston, Texas 77550
Tel: (409) 763-2454
Fax: (409) 763-4309
Attorney for Appellant Tarris Woods

## Certificate of Service

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure. I certify that a true copy of this Appellant's Original Brief was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or the attorney for such party indicated below by first class mail and or fax transmittal and or by hand delivery.

_/s/ Douglas T. Godinich
Douglas T. Godinich

**By FAX TRANSMITTAL**
Thomas W. McQuage
P.O. Box 16894
Galveston, Texas 77552
TEL: 409-762-1104
mcquage@swbell.net